IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:01CR272 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CURTIS A. HOLMES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 454). The Court has considered the supporting brief (Filing No. 455).

The Court has carefully considered the motion.

IT IS ORDERED that the Defendant's motion (Filing No. 454) is denied.

DATED this 16th day of August, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge